IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN DWAYNE LESTER,

    Plaintiff,

  v.

SAN FRANCISCO SHERIFF DEPARTMENT, DEPUTY NUE, JASON TILTON, STEPHEN TILTON, SAN FRANCISCO COUNTY JAIL MEDICAL DEPARTMENT, VILASKA NGUYEN, SUSAN SHALIT, DUNCAN CARLING, SAN FRANCISCO HALL OF JUSTICE, DEPUTY SHERIFF HERNANDEZ, SGT. ALVIN LING, LATEEF GRAY,

    Defendants.

No. C 13-1120 WHA (PR)

**ORDER SCHEDULING BRIEFING**

Plaintiff filed this pro se civil rights action against municipal entities of the City and County of San Francisco and employees of the San Francisco County Sheriff's Department. Defendants noticed a hearing on their motion to dismiss for September 26, 2013. The hearing is **VACATED**. The motion will be decided on the papers, and no hearing is necessary. Plaintiff's opposition is due on or before September 26, 2013. Defendants **shall** file a reply brief within 14 days of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: September __3__, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE