UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DWAYNE LESTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT NEU, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01120-JD<br><br>**ORDER VACATING HEARING FOR MOTION TO DISMISS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that defendant's motion to dismiss, which has been noticed for hearing on 6/24/15, is appropriate for decision without oral argument. Accordingly, the hearing date is vacated. The motion will be taken under submission and decided on the papers. Plaintiff, a detainee who has been released from custody, must still file an opposition to the motion.

**IT IS SO ORDERED.**

Dated: May 28, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DWAYNE LESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT NEU, et al.,<br><br>    Defendants. | Case No.  13-cv-01120-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Dwayne Lester ID: 4907982
P.O. Box 883922
San Francisco, CA 94188

Dated: May 28, 2015

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            By: *Lisa R. Clark*
                                            LISA R. CLARK, Deputy Clerk to the
                                            Honorable JAMES DONATO